NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-1161

PEGGY AND GREGORY PARKER

VERSUS

LOUISIANA STATE UNIVERSITY BOARD OF SUPERVISORS, ET AL.

**********
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 216,258
HONORABLE GEORGE C. METOYER, JR., DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

Peters, J., dissents, finding that genuine issues of material fact exist that preclude the grant of a motion for summary judgment.

AFFIRMED.

Timothy D. Shumate
Law Office of Chris J. Roy, Sr.
2006 Gus Kaplan Drive, #2B
Alexandria, LA 71301
(318) 767-1114
Counsel for Plaintiffs/Appellants:
    Peggy and Gregory Parker

**Michael T. Johnson**
**Johnson & Siebeneicher**
**P. O. Box 648**
**Alexandria, LA 71309**
**(318) 484-3911**
**Counsel for Defendant/Appellee:**
> **Gamma Beta Phi Honor Society**

**Laura L. Picard**
**Assistant Attorney General**
**P. O. Box 1710**
**Alexandria, LA 71309**
**(318) 487-5944**
**Counsel for Defendant/Appellee:**
> **Louisiana State University Board of Supervisors**